No. 6344.—TORRES, aplte., *v.* FERNÁNDEZ, ET AL., apldos.—C. D. San Juan. Mayo 18, 1933.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, se ha presentado una moción pidiendo la desestimación del recurso y todo lo que en ella se alega es ''Que la apelación entablada en este caso por la tercerista-apelante es completamente frívola e injustificada, habiéndose interpuesto únicamente con el propósito de burlar la administración de la justicia'';

POR CUANTO, en el día señalado para la vista la parte apelada se limitó a someter su moción sin argumento alguno explicativo de la misma; y

POR CUANTO, están ya radicados la transcripción de los autos y el alegato de la parte apelante que tiene cinco errores señalados y discutidos en diez y nueve páginas:

POR TANTO, basándose la petición de desestimación en una mera conclusión de la parte apelada, no ha lugar a considerarla y en su consecuencia se desestima.

No. 6373.—GONZÁLEZ, dmdte., *v.* SUCN. SÁNCHEZ, ETC., dmda.— C. D. San Juan. Junio 7, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la parte apelada solicita la desestimación de este recurso por frívolo, fundándose en que sólo está envuelta la apreciación de la prueba hecha por la corte inferior, tal como aparece en la opinión que sirve de fundamento a la sentencia, y que la corte no creyó los testigos de la apelante, o algunos de ellos:

POR CUANTO, la prueba tomada en el juicio no está ante nos y esta corte no puede entrar a juzgar las cuestiones suscitadas por la apelante con respecto a tal prueba, sin tenerla en su presencia:

POR TANTO, no ha lugar a la desestimación solicitada.